**United States Bankruptcy Court**
**District of Massachusetts, Boston Division**

## AMENDED CHAPTER 13 PLAN

Filing Date: _____    Docket #: **1:16-bk-10803**

Debtor: **Lyder, Francis E.**    Co-Debtor: **Lyder, Donna F.**

SS#: **9125**    SS#: **0749**

Address: **50 Fendale Ave**    Address: **50 Fendale Ave**

**Dorchester, MA  02124-4618**    **Dorchester, MA  02124-4618**

Debtor's Counsel:

**Benner & Weinkauf, P.C.**
33 Samoset St

**Plymouth, MA  02360-4551**

(508) 746-8030

(866) 227-4592

ATTACHED TO THIS COVER SHEET IS THE CHAPTER 13 PLAN FILED BY THE DEBTOR(S) IN THIS CASE. THIS PLAN SETS OUT THE PROPOSED TREATMENT OF THE CLAIMS OF CREDITORS. THE CLAIMS ARE SET FORTH IN THE BANKRUPTCY SCHEDULES FILED BY DEBTOR(S) WITH THE BANKRUPTCY COURT.

YOU WILL RECEIVE A SEPARATE NOTICE FROM THE BANKRUPTCY COURT OF THE SCHEDULED CREDITORS MEETING PURSUANT TO 11 U.S.C. § 341. THAT NOTICE WILL ALSO ESTABLISH THE BAR DATE FOR FILING PROOFS OF CLAIMS.

PURSUANT TO THE MASSACHUSETTS LOCAL BANKRUPTCY RULES, YOU HAVE UNTIL THIRTY (30) DAYS AFTER THE § 341 MEETING OR THIRTY (30) DAYS AFTER THE SERVICE OF AN AMENDED OR MODIFIED PLAN TO FILE AN OBJECTION TO CONFIRMATION OF THE CHAPTER 13 PLAN, WHICH OBJECTION MUST BE SERVED ON THE DEBTOR, DEBTOR'S COUNSEL AND THE CHAPTER 13 TRUSTEE.

**United States Bankruptcy Court**

**District of Massachusetts, Boston Division**

# AMENDED CHAPTER 13 PLAN

Docket No.: **1:16-bk-10803**

DEBTOR(S):  (H) **Lyder, Francis E.**                          SS# **9125**
                     (W) **Lyder, Donna F.**                          SS# **0749**

**I. PLAN PAYMENT AND TERM:**

Debtor(s) shall pay monthly to the Trustee the sum of $ **1,223.00** for the term of:

[ ] 36 Months. 11 U.S.C. § 1325(b)(4)(A)(i);

[X] 60 Months. 11 U.S.C. § 1325(b)(4)(A)(ii); the Debtors are hereby required to extend the Plan to 60 months due to their income

[ ] 60 Months. 11 U.S.C. § 1322(d)(2). Debtor avers the following cause:

[ ] ____ Months. The Debtor states as reasons therefore:

**II. SECURED CLAIMS:**

A. Claims to be paid through the plan (including arrears):

| Creditor | Description of Claim (pre-petition arrears, purchase money, etc.) | Amount of Claim |
|---|---|---|
| **Boston Water & Sewer Commission** | **Water** | 5,531.54 |
| **Ocwen Loan Servicing** | **14 Fendale Ave, Dorchester, MA 02124-4618** | 5,879.66 |
| **Ocwen Loan Servicing** | **50 Fendale Ave, Dorchester, MA 02124** | 3,896.13 |
| | Total of secured claims to be paid through the Plan: $ | **15,307.33** |

B. Claims to be paid directly to creditors (not through plan):

| Creditor | Description of Claim |
|---|---|
| **Ocwen Loan Servicing L** | **14 Fendale Ave, Dorchester, MA 02124-4618** |

C. Modifications of Secured Claims:

| Creditor | Details of Modification (Additional details may be attached) | Amt. of Claim to Be Paid Through Plan |
|---|---|---|
| **None** | | |

D. Leases:

i. The Debtor(s) intend(s) to reject the residential/personal property lease claims of:

**None**

ii. The Debtor(s) intend(s) to assume the residential/personal property lease claims of :
**None**

iii. The arrears under the lease to be paid under the Plan are_____.

### III. PRIORITY CLAIMS:

A. Domestic Support Obligations:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

B. Other:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **Internal Revenue Service** | | 44,794.67 |
| **MDOR** | | 484.18 |

Total of Priority Claims to Be Paid Through the Plan: $_____**45,278.85**

### IV. ADMINISTRATIVE CLAIMS:

A. Attorneys fees (to be paid through the Plan): $ **3,500.00**.

B. Miscellaneous fees:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |

C. The Chapter 13 Trustee's fee is determined by Order of the United States Attorney General. The calculation of the Plan payment set forth utilizes a 10% Trustee's commission.

### V. UNSECURED CLAIMS:

The general unsecured creditors shall receive a dividend of **1.32**% of their claims.

A. General unsecured claims:                                                                                                               $_____**95,935.27**

B. Undersecured claims arising after lien avoidance/cramdown:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **Cavalry Portfolio Services, assginee for** | 50 Fendale Ave, Dorchester, MA 02124-4618 | **15,149.00** |

C. Non-Dischargeable Unsecured Claims:

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **Sallie Mae** | **student loan** | **58,180.00** |
| **US Department of Education** | **student loan** | **12,137.00** |
| | Total of A + B + C unsecured claims: $ | **181,401.27** |

D. Multiply total by percentage**:** $ **950.00**.

(Example: total of $38,500.00 x .22 dividend = $8,470.00)

E. Separately classified unsecured claims (co-borrower, etc.):

| Creditor | Description of Claim | Amount of Claim |
|---|---|---|
| **None** | | |
| | Total amount of separately classified claims payable at **100**%: $ | **0.00** |

## VI. OTHER PROVISIONS:

A. Liquidation of assets to be used to fund Plan:

B. Miscellaneous provisions:

**\*This is a pot plan. The payments made hereunder are constant. The stated dividend is only an estimate. If the amount of allowed unsecured claims differs from the amount in Part V, the percentage dividend shall be automatically adjusted to accommodate the difference.**

**\*\*Only creditors that file timely proofs of claim will receive a distribution through the plan.**

## VII. CALCULATION OF PLAN PAYMENT:

| | |
|---|---|
| A. Secured claims (Section I-A Total): | $ **15,307.33** |
| B. Priority claims (Section II-A & B Total): | $ **45,278.85** |
| C. Administrative claims (Section III-A & B Total): | $ **3,500.00** |
| D. Regular unsecured claims (Section IV-D Total): + | $ **950.00** |
| E. Separately classified unsecured claims: | $ **0.00** |
| F. Total of a + b + c + d + e above: | $ **65,036.22** |
| G. Divide (f) by .90 for total including Trustee's fee: Cost of Plan: | $ **72,262.46** |

(This represents the total amount to be paid into the Chapter 13 Plan)
**H. Subtract amount the Debtor has paid to the Trustee to date** — $ **5,000.00**
**G. Total amount left to be paid (G minus H)** — $ **67,262.46**
**H. Divide I by number of months remaining** — **55 months**
**I. Round up to nearest dollar: Amended Monthly Plan Payment** — **$ 1,223.00**

(Enter this amount on Page 1)

**Amended Plan Payment to begin September 2016**

Pursuant to 11 U.S.C. §1326(a)(1) unless the Court orders otherwise, debtor shall commence making the payments proposed by a plan within thirty (30) days after the petition is filed. Pursuant to 11 U.S.C. §1326(a)(1)(C), the debtor shall make preconfirmation adequate protection payments directly to the secured creditor.

## VIII. LIQUIDATION ANALYSIS

A. Real Estate:

| Address | Fair Market Value | Total Amount of Recorded Liens (Schedule D) |
|---|---|---|
| 14 Fendale Ave, Dorchester, MA 02124-4618 | 325,000.00 | 402,720.00 |
| 50 Fendale Ave, Dorchester, MA 02124-4618 | 350,000.00 | 345,473.54 |

| | | |
|---|---|---|
| Total Net Equity for Real Property: | $ | 4,526.46 |
| Less Total Exemptions (Schedule C): | $ | 4,526.46 |
| Available Chapter 7: | $ | 0.00 |

B. Automobile

| Describe year, make and model | Value | Lien | Exemption |
|---|---|---|---|
| 1998 Ford F150 | 1,000.00 | 0.00 | 1,000.00 |
| 2004 BMW X5 | 6,125.00 | 0.00 | 6,125.00 |

| | | |
|---|---|---|
| Total Net Equity: | $ | 7,125.00 |
| Less Total Exemptions (Schedule C): | $ | 7,125.00 |
| Available Chapter 7: | $ | 0.00 |

C. All Other Assets (All remaining items on Schedule B): (Itemize as necessary)

| | | |
|---|---|---|
| Total Net Value: | $ | 94,754.00 |
| Less Exemptions (Schedule C): | $ | 94,754.00 |
| Available Chapter 7: | $ | 0.00 |

D. Summary of Liquidation Analysis (total amount available under Chapter 7):

Net Equity (A and B) plus Other Assets (C) less all claimed exemptions: $ **0.00**.

E. Additional Comments regarding Liquidation Analysis:

## IX. SIGNATURES

Pursuant to the Chapter 13 rules, the debtor or his or her attorney is required to serve a copy of the Plan upon the Chapter 13 Trustee, all creditors and interested parties, and to file a Certificate of Service accordingly.

September 23, 2016
Date

*/s/Thomas  C. Benner*

Debtor's Attorney

Attorney's Address:
**Benner & Weinkauf, P.C.**
**33 Samoset St**

**Plymouth, MA  02360-4551**

Tel. # **(508) 746-8030**          Email  Address: **tbenner@tbennerlaw.com**

**I/WE DECLARE UNDER THE PENALTIES OF PERJURY THAT THE FOREGOING REPRESENTATIONS OF FACT ARE TRUE AND CORRECT TO THE BEST OF OUR KNOWLEDGE AND BELIEF.**

**September 23, 2016**
Date

*/s/Frances E. Lyder*
Debtor

**September 23, 2016**
Date

*/s/ Donna F. Lyder*
Debtor

## CERTIFICATE OF SERVICE

I, Thomas C. Benner, Esq., hereby certify that I have served a copy first class mail, postage pre paid of the within Chapter 13 Plan to the attached distribution service list.

/s/ Thomas C. Benner, Esq.
Thomas C. Benner, Esq.

VIA CM/ECF

John Fitzgerald, United States Trustee
Carolyn Bankowski, Chapter 13 Trustee

Alpha Credit Union
1 Deaconess Rd
Boston, MA  02215-5321

Amazon Credit
PO Box 689020
Des Moines, IA  50368-9020

Bank of America
450 American St
Simi Valley, CA  93065-6285

(p)CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

Cap1/Bstby
PO Box 5253
Carol Stream, IL  60197-5253

Capital One
PO Box 5213
Carol Stream, IL  60197-5213

Capital One
PO Box 5253
Carol Stream, IL  60197-5253

Cavalry Portfolio Services, assginee for
Ford Motor Credit
PO Box 1030
Hawthorne, NY  10532-7509

Chase
PO Box 15298
Wilmington, DE  19850-5298

Citibank
PO Box 6500
Sioux Falls, SD  57117-6500

Credit One Bank
PO Box 98872
Las Vegas, NV  89193-8872

(p)DELL FINANCIAL SERVICES
P O BOX 81577
AUSTIN TX 78708-1577

Eversource
1 Nstar Way
Westwood, MA  02090-2341

Insolve Recovery/Capital Recovery Group
Dept. 3203
PO Box 123203
Dallas, TX  75312-3203

Internal Revenue Service
PO Box 7346
Philadelphia, PA  19101-7346

LVNV Funding/Resurgent Capital Services
PO Box 10587
Greenville, SC  29603-0587

MDOR
PO Box 7003
Boston, MA  02204-7003

National Grid
PO Box 11735
Newark, NJ  07101-4735

Oak Harbor Capital VII, LLC
c/o Weinstein and Riley, PS
2001 Western Ave Ste 400
Seattle, WA  98121-3132

Ocwen Loan Servicing L
12650 Ingenuity Dr
Orlando, FL  32826-2703

Portfolio Recovery Associates LLC
130 Corporate Blvd
Norfolk, VA  23502-4952

RJM Acquisitions Fundiing, LLC
575 Underhill Blvd Ste 224
Syosset, NY  11791-3416

Sallie Mae
PO Box 9500
Wilkes Barre, PA  18773-9500

Thd/cbna
PO Box 6497
Sioux Falls, SD  57117-6497

The Home Depot
PO Box 6925
The Lakes, NV  88901-6925

US Department of Education
PO Box 5609
Greenville, TX  75403-5609

Verizon
PO Box 1
Worcester, MA  01654

```
Cap One                              Dell Business Credit
PO Box 85520                         PO Box 5275
Richmond, VA  23285-5520             Carol Stream, IL  60197-5275
```