B 2100A (Form 2100A) (12/15)

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

IN RE:

Donna F. Lyder, and Francis E. Lyder,
Debtors

Case No. 16-10803-FJB
Chapter 13

TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

Selene Finance LP as servicing agent for
U.S. Bank National Association, not individually
but solely as Trustee for BlueWater Investment
Trust 2017-1

Wilmington Trust, National Association, not in
its individual capacity, but solely as trustee for
MFRA Trust 2014-2 c/o Ocwen Loan
Servicing, LLC

Name of Transferee

Name and Address where notices to transferee
should be sent:

**Selene Finance LP**
**9990 Richmond Avenue Suite 400 South**
**Houston, Texas 77042**

Name of Transferor

Court Claim # (if known): ____11-1_____
Amount of Claim: ____404,739.96_____
Date Claim Filed: ____7/6/2016_____

Phone: _____
Last Four Digits of Acct. #: 4651

Phones: 888-554-6599
Last Four Digits of Acct. #: 0817

Name and Address where transferee payments
should be sent (if different from above):

Phone: _____
Last Four Digits of Acct. #: 4651

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

Harmon Law Offices, P.C. as attorney for Creditor,

Date: December 17,
2019_____

By: _/s/Richard T. Mulligan__
         Transferee/Transferee's Agent

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS (BOSTON)

IN RE:

Donna F. Lyder, and Francis E. Lyder,
Debtors

Case No. 16-10803-FJB
Chapter 13

CERTIFICATE OF SERVICE

I, Richard T. Mulligan, state that on __December 17, 2019_____,I electronically filed the foregoing document with the United States Bankruptcy Court for the District of Massachusetts on behalf of U.S. Bank National Association, not individually but solely as Trustee for BlueWater Investment Trust 2017-1using the CM/ECF System.  I served the foregoing document on the following CM/ECF participants:

Thomas Benner
Catherine V. Eastwood, Esquire
Marcus Pratt, Esquire
Zoh Nizami
Carolyn Bankowski
John Fitzgerald

I certify that I have mailed by first class mail, postage prepaid, the documents electronically filed with the Court on the following non CM/ECF participants:

Donna F. Lyder
50 Fendale Ave
Dorchester, MA 02124-0000

Donna F. Lyder
14 Fendale Ave
Dorchester, MA 02124

Francis E. Lyder
50 Fendale Ave
Dorchester, MA 02124-0000

Ocwen Loan Servicing, LLC
12650 Ingenuity Dr.
Orlando, FL 32826

Respectfully submitted,
U.S. Bank National Association, not individually but solely as Trustee for BlueWater Investment Trust 2017-1,
By its Attorney

/s/Richard T.Mulligan
Richard T. Mulligan
BBO#  567602
Harmon Law Offices, P.C.
PO Box 610389
Newton Highlands, MA 02461
(617)558-0500
mabk@harmonlaw.com

Dated: December 17, 2019