*OLF (Official Local Form 12)*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re                                                   Case No. 16-10803-FJB

Francis E Lyder                                         Chapter 13
Donna F Lyder

        Debtors

### MOTION FOR ENTRY OF CHAPTER 13 DISCHARGE

    The Debtors hereby move the Court for entry of discharge. The required affidavit accompanies this motion.

|  |  |
|---|---|
| Dated: June 10, 2021 | */s/ Thomas Benner* |
|  | Counsel for Debtor(s) |
|  | Thomas Benner |
|  | Benner & Weinkauf, P.C. |
|  | 33 Samoset Street |
|  | Plymouth, MA 02360 |
|  | 508-746-8030 |
|  | Fax: 866-227-4592 |
|  | tbenner@tbennerlaw.com |
|  | BBO# 655483 |

OLF12 (Omnibus Local Form 12 Affidavit)

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re: Francis E. Lyder  
Donna F. Lyder

Case No: 16-10803-FJB  
Chapter 13

## AFFIDAVIT IN SUPPORT OF MOTION FOR ENTRY OF DISCHARGE

In support of the Motion for Entry of Discharge, We, Francis E. Lyder and Donna F. Lyder, hereby certify as follows:

1. We have paid all domestic support obligations payable under any judicial or administrative order or required by statute including:

   a. child support and spousal maintenance and alimony that were due on or before the date of the motion, including all payments due under the plan for amounts due before the petition was filed; and

   b. any domestic support obligations that arose after the filing of the petition.

2. We have completed a financial management course pursuant to 11 U.S.C. § 1328(g)(1) and filed a certification of completion with the Court.

3. We have:

   a. not claimed a homestead exemption in excess of the applicable cap described in 11 U.S.C. § 522(q)(1), or

   b. claimed a homestead exemption in excess of such cap but there is no proceeding pending in which the debtor may be found guilty of a felony of the kind described in 11 U.S.C. § 522(q)(1)(A) or liable for a debt of the kind described in 11 U.S.C. § 522(q)(1)(B).

4. We hereby declare under the penalty of perjury that the foregoing is true and correct.

Dated: 5/24/21

Signed: _____  Printed Name: Francis E. Lyder

Signed: _____  Printed Name: Donna F. Lyder

Address: 50 Ferndale Ave Boston MA

Telephone Number: 617 407 8407

CERTIFICATE OF SERVICE

I, Thomas C. Benner, certify that on June 10, 2021, a true and accurate copy of the foregoing Motion was served on the following parties via first class mail, postage pre-paid or electronically.

By electronic mail using Court's CM/ECF system:

John Fitzgerald, United States Trustee
Carolyn Bankowski, Chapter 13 Trustee

By regular mail, postage pre-paid:

Francis E Lyder
Donna F Lyder
50 Fendale Ave
Dorchester, MA 02124-4618

See attached list.

    /s/Thomas C. Benner
Thomas C. Benner, Esq.
Benner & Weinkauf, P.C.
33 Samoset Street
Plymouth, MA  02360
(508) 746-8030
BBO# 655483
tbenner@tbennerlaw.com

| | | |
|---|---|---|
| Amazon Credit<br>PO Box 689020<br>Des Moines, IA  50368-9020 | American InfoSource LP as agent for First Data Global Leasing<br>PO Box 248838<br>Oklahoma City, OK  73124-8838 | (p)ALPHA CREDIT UNION<br>ONE DEACONESS ROAD<br>BOSTON MA 02215-5321 |
| Boston Water & Sewer Commission<br>980 Harrison Avenue<br>Boston, MA 02119-2530 | Boston Water and Sewer Commission<br>P.O. Box 55466<br>Boston, MA 02205-5466 | Bank of America<br>450 American St<br>Simi Valley, CA  93065-6285 |
| Cap1/Bstby<br>PO Box 5253<br>Carol Stream, IL  60197-5253 | Capital One<br>PO Box 5213<br>Carol Stream, IL  60197-5213 | (p)CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY UT 84130-0285 |
| Cavalry Portfolio Services, assginee for Ford Motor Credit<br>PO Box 1030<br>Hawthorne, NY  10532-7509 | Cavalry SPV I, LLC<br>500 Summit Lake Drive, Ste 400 Valhalla, NY 10595-2321 | Capital One<br>PO Box 5253<br>Carol Stream, IL  60197-5253 |
| Citibank<br>PO Box 6500<br>Sioux Falls, SD  57117-6500 | Credit One Bank<br>PO Box 98872<br>Las Vegas, NV  89193-8872 | (p)JPMORGAN CHASE BANK N A<br>BANKRUPTCY MAIL INTAKE TEAM<br>700 KANSAS LANE FLOOR 01<br>MONROE LA 71203-4774 |
| Eversource<br>1 Nstar Way<br>Westwood, MA  02090-2341 | Fay Servicing, LLC<br>3000 Kellway Dr.<br>Ste. 150<br>Carrollton, TX 75006-3357 | (p)DELL FINANCIAL SERVICES<br>P O BOX 81577<br>AUSTIN TX 78708-1577 |
| Insolve Recovery/Capital Recovery Group<br>Dept. 3203<br>PO Box 123203<br>Dallas, TX  75312-3203 | Internal Revenue Service<br>PO Box 7346<br>Philadelphia, PA  19101-7346 | InSolve Recovery, LLC c/o Capital Recovery G<br>PO Box 64090<br>Tucson, AZ 85728-4090 |
| LVNV Funding/Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC  29603-0587 | MDOR<br>PO Box 7003<br>Boston, MA  02204-7003 | LVNV Funding, LLC its successors and assigns assignee of FNBM, LLC<br>Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 |
| National Grid<br>300<br>Syracuse, NY 13202 | National Grid<br>PO Box 11735<br>Newark, NJ  07101-4735 | Massachusetts Department of Revenue<br>Bankruptcy Unit<br>PO Box 9564<br>Boston, MA 02114-9564 |
| | | (p)ASCENDIUM EDUCATION SOLUTIONS INC<br>PO BOX 8961<br>MADISON WI 53708-8961 |

```
Oak Harbor Capital VII, LLC              Ocwen Loan Servicing L              (p)PORTFOLIO RECOVERY ASSOCIATES LLC
c/o Weinstein and Riley, PS              12650 Ingenuity Dr                  PO BOX 41067
2001 Western Ave Ste 400                 Orlando, FL  32826-2703             NORFOLK VA 23541-1067
Seattle, WA  98121-3132


RJM Acquisitions Fundiing, LLC           Sallie Mae                          Santander Bank, N.A.
575 Underhill Blvd Ste 224               PO Box 9500                         601 Penn Street
Syosset, NY  11791-3416                  Wilkes Barre, PA  18773-9500        10-6438-FB7
                                                                             Reading, PA 19601-3563


Selene Finance LP                        Thd/cbna                            The Home Depot
9990 Richmond Avenue Suite 400 South     PO Box 6497                         PO Box 6925
Houston, Texas 77042-4546                Sioux Falls, SD  57117-6497         The Lakes, NV  88901-6925


U.S Bank, National Association           U.S. Bank National Association      U.S. Bank Trust National Association
6409 Congress Ave.,                      c/o Ocwen Loan Servicing, LLC       Trustee of the Igloo Series IV Trust
Suite 100                                Attn: Bankruptcy Department         c/o SN Servicing Corp.
Boca Raton, FL 33487-2853                P.O. Box 24605                      323 Fifth Street
                                         West Palm Beach, FL 33416-4605      Eureka, CA 95501-0305


U.S. Department of Education             US Department of Education          Verizon
c/o FedLoan Servicing                    PO Box 5609                         PO Box 1
P.O. Box 69184                           Greenville, TX  75403-5609          Worcester, MA  01654
Harrisburg, PA 17106-9184


Wilmington Trust, N.A.                   Wilmington Trust, National Association   Carolyn Bankowski-13-12
c/o Ocwen Loan Servicing, LLC            Robertson, Anschutz & Schneid, P.L,.     Chapter 13-12 Trustee Boston
Attn: Bankruptcy Department              6409 Congress Ave.,                      P. O. Box 8250
P.O. Box 24605                           Suite 100                                Boston, MA 02114-0950
West Palm Beach, FL 33416-4605           Boca Raton, FL 33487-2853


Donna F. Lyder                           Francis E. Lyder                    John Fitzgerald
50 Fendale Ave                           50 Fendale Ave                      Office of the US Trustee
Dorchester, MA 02124-4618                Dorchester, MA 02124-4618           J.W. McCormack Post Office & Courthouse
                                                                             5 Post Office Sq., 10th Fl, Suite 1000
                                                                             Boston, MA 02109-3901
Alpha Credit Union                       Cap One
1 Deaconess Rd                           PO Box 85520
Boston, MA  02215-5321                   Richmond, VA  23285-5520
                                                                             Chase
                                                                             PO Box 15298
                                                                             Wilmington, DE  19850-5298
```

```
Dell Business Credit                Navient Solutions, Inc. on behalf of USAF    Portfolio Recovery Associates LLC
PO Box 5275                         Attn: Bankruptcy Litigation Unit E3149       130 Corporate Blvd
Carol Stream, IL  60197-5275        PO Box 9430                                  Norfolk, VA  23502-4952
                                    Wilkes-Barre, PA 18773-9430


(d)Portfolio Recovery Associates, LLC
POB 41067
Norfolk VA 23541
```